# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00629-CV

**Kappa Alpha Order, Inc.; Omicron Chapter of Kappa Alpha Order;
The Alumni Receivership Committee for the Omicron Chapter of Kappa Alpha Order;
and H. Robert Hohenberger, Jr., Appellants**

**v.**

**UT Texas Omicron, Inc.; and UT Texas Omicron Educational Corporation, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-11-002936, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Counsel for Kappa Alpha Order, Inc.; Omicron Chapter of Kappa Alpha Order; The Alumni Receivership Committee for the Omicron Chapter of Kappa Alpha Order; and H. Robert Hohenberger, Jr. and counsel for UT Texas Omicron, Inc.; and UT Texas Omicron Educational Corporation have filed a joint motion to abate this appeal, permitting the parties to continue negotiation of a final settlement agreement.

We grant the parties' motion and abate the appeal until July 31, 2014. *See* Tex. R. App. P. 42.1(a)(2)(C). If the settlement has been finalized by that date, the parties are instructed to file a motion to reinstate and dismiss the appeal in accordance with their settlement agreement. If the parties have not finalized their settlement by that date, they are instructed to file a report

informing this Court about the status of the appeal and requesting any necessary extension of the abatement.

Before Chief Justice Jones, Justices Pemberton and Rose

Abated

Filed:   May 15, 2014